**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-6156**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FELIX ANTONIO COLON, a/k/a Felix Anthony
Colon,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Raymond A. Jackson, District Judge.  (2:01-cr-00021-RAJ)

Submitted:  March 29, 2007                Decided:  April 6, 2007

Before MOTZ, TRAXLER, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Felix Antonio Colon, Appellant Pro Se.  Charles Philip Rosenberg, United States Attorney, Alexandria, Virginia, Laura Marie Everhart, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Felix Antonio Colon appeals the district court's order denying his motion to compel specific performance based upon the Government's purported breach of plea agreement. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Colon, No. 2:01-cr-00021-RAJ (E.D. Va. Dec. 14, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED